EMMA A. PAYNE, as Administratrix of the Estate of JAMES W. PAYNE, Deceased; Appellant, *v.* NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, Respondent.

*Payne* v. *N. Y., Susquehanna & W. R. R. Co.*, 157 App. Div. 302, appeal dismissed.

(Submitted May 4, 1914; decided May 12, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff's intestate through the negligence of defendant, his employer.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Elbert N. Oakes* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.